## Tom McCOLLOM v. STATE.
### No. 24538.

Court of Criminal Appeals of Texas.
Dec. 7, 1949.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for theft with a sentence of two years in the penitentiary.

The appellant has filed his motion, duly verified, asking that his appeal be dismissed. The State had theretofore filed a motion to dismiss the appeal on the ground of imperfect record. Upon considering both motions, it is concluded that appellant's motion to dismiss should be granted and it is so ordered.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Upon his plea of guilty, appellant was convicted of the offense of driving an automobile upon a public highway while intoxicated and his punishment assessed at a fine of $50.

The record is before us without a statement of facts or bills of exception. Nothing is presented for the consideration of this court.

The judgment of the trial court is affirmed.

Opinion approved by the Court.